# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Heriberto G.,

        Plaintiff,

v.

Todd Blanche *in his official capacity as Acting Attorney General of the United States*, Markwayne Mullin *in his official capacity as Secretary of Department of Homeland Security*, Todd Lyons *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*, David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement,* and Sheriff Joel Brott *in his official capacity as Sheriff of Sherburne County*,

        Defendants.

Case No. 26-CV-02339 (JMB/EMB)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Heriberto G.'s[1] and Defendants Todd Blanche's, Markwayne Mullin's, Todd Lyons's, David Easterwood's, and Joel Brott's Joint Stipulation for Dismissal. (Doc. No. 19.) Heriberto G. wishes to dismiss their Petition (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in immigration cases.

1

2

Therefore, IT IS HEREBY ORDERED that the Petition (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 1, 2026                                    /s/ *Jeffrey M. Bryan*
                                                       Judge Jeffrey M. Bryan
                                                       United States District Court

2